UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- X
ALBERT RUDGAYZER, MICHAEL : 
AMALFITANO, and LILLIAN GANCI,
Individually and on Behalf of All Others :
Similarly Situated,
 :
         Plaintiffs, 1:13-cv-00120-ILG-CLP
  v. :

GOOGLE INC., :

         Defendant. :
---------------------------------------- X
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑    I have cases pending         ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

            Dennis C. Hopkins

My EDNY Bar Number is: DH-3767    My State Bar Number is 2960193

I am,
    ☑    An attorney
    ☐    A Government Agency attorney
    ☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Chadborune & Parke LLP
                FIRM ADDRESS: 30 Rockefeller Plaza, New York, NY 10112
                FIRM TELEPHONE NUMBER: (212) 408-5100
                FIRM FAX NUMBER: (212) 541-5369

NEW FIRM:    FIRM NAME: Perkins Coie LLP
                FIRM ADDRESS: 30 Rockefeller Plaza, 22nd Floor

FIRM TELEPHONE NUMBER: 212-262-6900
FIRM FAX NUMBER: 212-977-1646

NEW EMAIL ADDRESSES TO BE NOTIFIED:

DHopkins@perkinscoie.com
DocketNYC@perkinscoie.com
RBorowitz@perkinscoie.com

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.
☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on ___ by Judge ___

Dated: February 1, 2013            By:   */s/ Dennis Hopkins*
                                         Dennis Hopkins
                                         PERKINS COIE LLP
                                         30 Rockefeller Plaza, 22nd Floor
                                         New York, NY  10112-0015
                                         dhopkins@perkinscoie.com
                                         (212) 262-6916