UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- X
ALBERT RUDGAYZER, MICHAEL
AMALFITANO, and LILLIAN GANCI,
Individually and on Behalf of All Others      :   INDEX NO. 1:13-cv-00120-ILG-CLP
Similarly Situated,
                                              :   ECF CASE
              Plaintiffs,
                                              :   CERTIFICATE OF SERVICE
       -against-

GOOGLE INC.,

              Defendant.
------------------------------------- X

## CERTIFICATE OF SERVICE

REBECCA BOROWITZ, of full age, hereby certifies as follows:

I am a paralegal at the firm of Perkins Coie LLP, attorneys for Defendant in the above-entitled action. In this capacity, I am authorized to make the instant Certification on behalf of the Defendant in this case.

I certify that on February 19, 2013, I electronically filed the foregoing Defendant Google Inc.'s Notice of Motion to Dismiss of Transfer for Improper Venue, Memorandum of Law in Support and a Declaration of Susan Fahringer in Support with accompanying exhibits with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
Rebecca J. Borowitz

Date: February 19, 2013