UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
ALBERT RUDGAYZER, MICHAEL :
AMALFITANO, and LILLIAN GANCI,
Individually and on Behalf of All Others : INDEX NO. 1:13-cv-00120-ILG-CLP
Similarly Situated,
: ECF CASE
        Plaintiffs,
: STATEMENT NOTING DEATH OF
  -against- ALBERT RUDGAYZER
:
GOOGLE INC.,
:
        Defendant.
:
------------------------------------- X

    In accordance with Federal Rule of Civil Procedure 25(a), Google Inc., a party to this action, notes the death during the pendency of this action of Plaintiff Albert Rudgayzer. *See* Exhibits A-B. This notice is not an admission that any claim of Plaintiff Rudgayzer in this case survives his death, and Google reserves all rights and arguments regarding survival of claims.

    DATED this 31st day of July, 2013.

                                          PERKINS COIE LLP

                                          By: _____
                                            Dennis Hopkins (DH-3767)
                                            DHopkins@perkinscoie.com
                                            30 Rockefeller Plaza, 22nd Floor
                                            New York, New York 10112-0015
                                            212.262.6900

                                            Susan Fahringer (SF-6368)
                                            SFahringer@perkinscoie.com
                                            Rebecca Engrav (RE-0824)
                                            REngrav@perkinscoie.com
                                            1201 Third Avenue, Suite 4900
                                            Seattle, Washington 98101
                                            206.359.8000

                                            Attorneys for Defendant
                                            Google Inc.

## CERTIFICATE OF SERVICE

REBECCA GREGORY, of full age, hereby certifies as follows:

I am a Legal Secretary at the firm of Perkins Coie LLP, attorneys for Defendant in the above-entitled action. In this capacity, I am authorized to make the instant Certification on behalf of the Defendant in this case.

I certify that on July 31, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
Rebecca J. Gregory

Date: July 31, 2013

*Exhibit A*

*Exhibit A*



Page 1

### SSA Death Record

### Source Information

| | |
|---|---|
| **Information Current Through:** | 06/28/2013 |
| **Database Last Updated:** | 06/29/2013 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 07/02/2013 |
| **Source:** | Social Security Administration Death Index |

### Identifying Information

| | |
|---|---|
| **Name:** | ALBERT RUDGAYZER |
| **SSN:** | **Redacted** |
| **State Where SSN Issued:** | NEW YORK |

### Information Regarding Deceased

| | |
|---|---|
| **Date of Birth:** | **Redacted** |
| **Date of Death:** | 05/16/2013 |
| **Age at Death:** | 41 |
| **Verification of Death:** | (V) Report verified with a family member of someone acting on behalf of the family. |

END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

Page 1

Westlaw. NewsRoom

5/21/13 NYT B19 Page 1

5/21/13 N.Y. Times B19
2013 WLNR 12419037
Loaded Date: 05/21/2013

New York Times (NY)
Copyright The New York Times Company

May 21, 2013

Section: B

Paid Notice: Deaths **RUDGAYZER, ALBERT**

**RUDGAYZER**--**Albert**. We mourn our esteemed member's passing and send heartfelt sympathy to his family. Hewlett-East Rockaway Jewish Centre

---- INDEX REFERENCES ---

NEWS SUBJECT: (Judaism (1JU93); Religion (1RE60); Social Issues (1SO05))

Language: EN

EDITION: Late Edition - Final

Word Count: 20
5/21/13 NYT B19
END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.