UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT RUDGAYZER, MICHAEL AMALFITANO, and LILLIAN GANCI, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>-against-<br><br>GOOGLE INC.,<br><br>*Defendant*. | 1:13-cv-00120-ILG-RER<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE**, that Plaintiffs, Albert Rudgayzer, Michael Amalfitano, and Lillian Ganci, hereby appeal the following to the United States Court of Appeals for the Second Circuit: each and every part of the Memorandum and Order of this Court dated November 14, 2013, and entered on November 15, 2013 (D.E. 32).

Dated: December 3, 2013

TODD C. BANK
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125
TB 6825

*Counsel to Plaintiffs*