UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ALBERT RUDGAYZER, MICHAEL    :
AMALFITANO, and LILLIAN GANCI,
Individually and on Behalf of All Others    :
Similarly Situated.,                  INDEX NO. 1:13-cv-00120-ILG-CLP

           Plaintiffs,    :    ECF CASE

    -against-            :    [~~PROPOSED~~] ORDER
                               SETTING BRIEFING SCHEDULE
GOOGLE INC.,           :

           Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     **WHEREAS**, Defendant Google Inc. filed its Motion to Withdraw Order of November 15, 2013 and Transfer to U.S. District Court For The Northern District of California (D.I. 34);

     **WHEREAS**, pursuant to the Individual Rules of Senior Judge I. Leo Glasser, counsel for the parties have conferred and agreed upon a briefing schedule regarding the aforementioned motions and have so advised the Court;

     **NOW THEREFORE**, IT IS HEREBY ORDERED THAT the following briefing schedule is set for Defendant's pending motion (D.I. 34):

     a. Plaintiffs' responsive papers shall be due no later than January 3, 2014; and

     b. Defendant's reply papers shall be due no later than January 14, 2014.

Dated: December 19 2013
        Brooklyn, New York

                               **SO ORDERED**

                               I. Leo Glasser
                               U.S.D.J.