# MANDATE

E.D.N.Y.–Bklyn.<br>
13-cv-120<br>
Glasser, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand fourteen.

Present:

> Robert D. Sack,
> Reena Raggi,
> Denny Chin,
>    *Circuit Judges.*

---

In re Albert Rudgayzer,                                                      14-715
               *Petitioner.*

---

Albert Rudgayzer, Michael Amalfitano, Lillian Ganci, individually and on behalf of all others similarly situated,
               *Petitioners,*

v.

Google Inc.,
               *Respondent.*

---

Petitioners have filed a petition for a writ of mandamus and move for a stay of proceedings in the Northern District of California during the pendency of the mandamus petition.  Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioners have not demonstrated that exceptional circumstances warrant the requested relief.  *See SEC v. Rajaratnam*, 622 F.3d 159, 169 (2d Cir. 2010).  It is further ORDERED that the motion for a stay is DENIED as moot.

FOR THE COURT:<br>
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signatures and seals]*

**MANDATE ISSUED ON 05/28/2014**